UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number: 1:05MC00426 |
| | ) | |
| TATUNG CO. OF AMERICA, TATUNG | ) | Judge: John D. Bates |
| COMPANY, AND CHUNGHWA PICTURE | ) | |
| TUBES, LTD. | ) | Deck Type: Miscellaneous |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF SHARI L. KLEVENS, ESQ. IN SUPPORT OF
THIRD PARTY MCKENNA LONG & ALDRIDGE LLP'S OPPOSITION
TO THE MOTION TO COMPEL PRODUCTION OF DOCUMENTS
OR SUPPLEMENTAL PRIVILEGE LOG, OR FOR *IN CAMERA*
INSPECTION FILED BY CHUNGHWA PICTURE TUBES MOTION**

I, Shari L. Klevens, hereby depose and state:

1.    I am an attorney with the law firm of McKenna Long & Aldridge, L.L.P. ("MLA"), 1900 K Street, N.W., Washington, D.C. 20006.  I have personal knowledge of the matters set forth in this declaration, and if called as a witness I could and would competently testify thereto.

2.    Attached as **Exhibit 1** is a true and correct copy of a letter from Helen Chae MacLeod, Esq. of Howrey LLP to Gaspare J. Bono, Esq. of MLA dated June 28, 2005.

3.    Attached as **Exhibit 2** is a true and correct copy of an email from Shari L. Klevens, Esq. of MLA to Helen MacLeod, Esq. of Howrey LLP dated July 21, 2005.

4.    Attached as **Exhibit 3** is a true and correct copy of a letter from Wallace Wu, Esq. of Howrey LLP to Shari L. Klevens, Esq. of MLA dated April 22, 2005.

5.      Attached as **Exhibit 4** is a true and correct copy of a Minute Entry, docket item 569, from the United States District Court for the Central District of California in the matter of CV 02-6775 CBM (JTLx) dated August 12, 2005.

6.      Attached as **Exhibit 5** is a true and correct copy of a Joint Stipulation Re: Expert Discovery and Case Schedule, docket item 568, from the United States District Court for the Central District of California in the matter of CV 02-6775 CBM (JTLx) dated August 12, 2005.

7.      Attached as **Exhibit 6** is a true and correct copy of an Order Granting Chunghwa Picture Tubes, Ltd.'s Ex Parte Application to Have Four Motions to Compel Accepted for Filing and Set for Hearing on November 8, 2005 or For Some Date After November 8, 2005, docket item 599, from the United States District Court for the Central District of California in the matter of CV 02-6775 CBM (JTLx) dated October 21, 2005.

8.      Attached as **Exhibit 7** is a true and correct copy of a Statement of Song K. Jung In Support of the Petition to Make Special, bates numbered MLA3579-MLA3583, dated March 11, 1998.

9.      Attached as **Exhibit 8** are true and correct copies of the privilege logs served by Chunghwa Picture Tubes ("CPT") on behalf of CPT and Robert Frame in the matter of CV 02-6775 CBM (JTLx) in the United States District Court for the Central District of California.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of November, 2005.

_____
Shari L. Klevens

**EXHIBIT 1**



525 MARKET STREET
SUITE 3600
SAN FRANCISCO, CA 94105-2708
PHONE 415 848.4900
FAX 415 848.4999
A LIMITED LIABILITY PARTNERSHIP

June 28, 2005

**Via Facsimile (202) 496-7756**

Gaspare J. Bono, Esq.
McKenna Long & Aldrige LLP
1900 K Street, NW
Washington, DC 20006

> Re: *LG Philips LCD Co., Ltd. v. Tatung Co. of America, et al.*
> Case No. CV-02-6775 CBM (JTLx)

Dear Gaspare:

I write on behalf of Julie Gabler who, due to unexpected emergencies, is not able to respond directly to you today. We are in receipt of your letter of June 24, 2005. While we believe that we still have much to resolve regarding the applicable law and forum for any ultimate motion practice with regard to McKenna, Long & Aldridge's privilege log, we agree with you that a list detailing the particular documents that CPT would like to discuss with you would facilitate our dialogue. We will provide you that list by letter tomorrow (June 29). Would you be available for a telephone call to meet and confer about the documents on Thursday, June 30, at 10:00 a.m. PST/1:00 p.m. EST?

Kind regards,

Helen Chae MacLeod

cc: Valerie Ho, Esq.
David Schrader, Esq.

DM_US\8221645.v1

**EXHIBIT 2**

**Klevens, Shari**

| | |
|---|---|
| From: | Klevens, Shari |
| Sent: | Thursday, July 21, 2005 7:31 PM |
| To: | 'Macleod, Helen' |
| Cc: | Bono, Gaspare |
| Subject: | Telephone conference |

Helen,

Gap and I retrieved the voicemails when we arrived in the office this morning that you had left for us after midnight EDT last night stating that you are no longer available for the meet and confer today which had been scheduled at your request for 11am EDT.  However, because you did not leave the messages until after midnight, as you may have expected, we did not receive them until we arrived at the office this morning.  Nonetheless, we understand that scheduling conflicts do arise, even at the last minute, so we are amenable to rescheduling the telephone conference for another date and time. Unfortunately, we are not available tomorrow, Friday, July 22, due to pre-existing commitments and I understand from your voice message this afternoon that Mr. Mathews is likely not available tomorrow until after the close of business EDT.  I have a number of pressing matters with time sensitive deadlines (and I know Gap does as well), but we will check our schedules and coordinate our availability and get back to you next week to propose an alternate date and time for the meet and confer. Best Regards,

Shari

*Shari L. Klevens  McKenna Long & Aldridge LLP 1900 K Street, NW Washington, DC 20006*
*tel: 202.496.7612 fax: 202.496.7756 email: sklevens@mckennalong.com*

**EXHIBIT 3**



550 SOUTH HOPE STREET
SUITE 1100
LOS ANGELES, CA 90071-2627
PHONE 213.892.1800
FAX 213.892.2300
A LIMITED LIABILITY PARTNERSHIP

April 22, 2005

**Via Facsimile (202) 496-7756 and U.S. Mail**

Shari L. Klevens, Esq.
McKenna Long & Aldrige LLP
1900 K Street, NW
Washington, DC 20006

     Re:    *LG. Philips LCD Co., Ltd. v. Tatung Co. of America, et al.*
            Case No. CV-02-6775 CBM (JTLx)

Dear Shari:

    I received your e-mail of April 18, 2005. At the outset, I want to correct two things in your e-mail. First, you only offered us Mr. Jung's deposition on June 3, 2005, not the whole week of June 3. Second, as indicated in my letter of April 15, 2005, we are requesting that you continue to hold the June 3 date open for his deposition until we have heard from you on possible dates in July.

    Next, McKenna's inability to provide us with a date when it will complete its document production and privilege log is unreasonable, as is your firm's refusal to meet and confer until after May 2, 2005. As you know, we served this subpoena on McKenna over six weeks ago on March 8, 2005 and had already allowed McKenna to extend the document production due date from March 25 to April 15. Nevertheless, on April 15, we only received McKenna's objections without a single page of documents or a privilege log.

    With the August 5, 2005 discovery cutoff quickly approaching in our case, we ask McKenna to (1) complete its document production and privilege log by May 2, 2005 and (2) to meet and confer over any document-withholding objections the week of May 2, 2005. As any further delay would prejudice our ability to seek additional necessary discovery before our discovery cutoff, McKenna's refusal to adhere to this timetable will require us to seek the Court's assistance.

    As for Mr. Jung's deposition, we must resolve the outstanding scheduling issue immediately. We noticed Mr. Jung on April 1, 2005 for his deposition on April 26, 2005. Not until on April 12, 2005, when I called you to confirm the April 26 date, did I learn that he would be out of the country the last week of April. In seeking alternative dates, you have now represented that Mr. Jung will be out of the country the entire months of May and June, except June 2 and 3. On April 15, 2005, I asked for alternative dates after July 7. Again, to avoid the



necessity of having to seek the Court's assistance in scheduling Mr. Jung's deposition, please provide these dates as quickly as possible.

Thank you for your prompt attention to these matters.

Very truly yours,

Wallace Wu

WW/mer

cc:    Mark Krizetman, Esq.
       David Schrader, Esq.

**EXHIBIT 4**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Priority ____ ✓
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

Case No. CV 02-6775 CBM (JTLx)                    Date: August 12, 2005

Title: <u>LG Philips LCD Co. v. Tatung Co. Of America, et al</u>

=====================================================================

DOCKET ENTRY
ORDER Re: Chunghwa Picture Tubes Ltd.'s Ex Parte Application for Relief from the Discovery
Cut-Off

=====================================================================

PRESENT:

Hon. <u>CONSUELO B. MARSHALL, CHIEF JUDGE</u>

<u>JOSEPH LEVARIO</u>                        <u>none present</u>
Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
N/A                                       N/A

**PROCEEDINGS:**

    On August 5, 2005, Defendant, Counterclaimant and Third-Party Plaintiff Chunghwa
Picture Tubes Ltd. ("Chunghwa") filed an Ex Parte Application for Relief from the Discovery
Cut-Off, seeking an order to permit it to take depositions and seek production of documents from
certain non-party witnesses beyond the fact discovery deadline. Plaintiff L.G. Philips LCD Co.,
Ltd. ("Philips") filed an opposition on August 10, 2005. Based on consideration of the papers
submitted, the application is **DENIED**, as the Court is not persuaded that it is necessary or
reasonable for Chunghwa to conduct up to twenty-four (24) additional depositions of non-party
witnesses. Discovery in this case has been ongoing for more than two years.

IT IS SO ORDERED.
Initials of Deputy Clerk _____
cc:    Judge Marshall
       Parties of Record



DOCKETED ON CM

AUG 1 5 2005

BY _____ 001



**EXHIBIT 5**

Case 1:05-mc-00426-JDB    Document 2-2    Filed 11/02/2005    Page 13 of 48
Case 2:02-cv-06775-CBM-JTL    Document 568    Filed 08/12/2005    Page 1 of 7
AUG-03-2005  14:57    GAN,LEWIS,&BOCKIUS LLP    3 612 2501    P.02/06



1  TERESA M. CORBIN (SBN 132360)
   corbint@howrey.com
2  GLENN W. RHODES (SBN 177869)
   rhodesg@howrey.com
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105-2708
   Tel:  (415) 848-4900
5  Fax:  (415) 848-4999

6  CHRISTOPHER A. MATHEWS (SBN 144021)
   mathewsc@howrey.com
7  BRIAN S. KIM (SBN 186523)
   kimb@howrey.com
8  HOWREY LLP
   550 South Hope Street, Suite 1100
9  Los Angeles, California 90071-2627
   Tel:  (213) 892-1800
10 Fax:  (213) 892-2300

11 Attorneys for Defendant, Counterclaimant and
   Third Party Plaintiff CHUNGHWA PICTURE TUBES, LTD.

12 (List of counsel continued on next page)

13
14        UNITED STATES DISTRICT COURT
          CENTRAL DISTRICT OF CALIFORNIA
15
16 LG. PHILIPS LCD CO., LTD.,              Case No. CV-02-6775 CBM (JTLx)
                                           Action filed: August 29, 2002
17              Plaintiff,
           vs.                             [Consolidated with Case Nos. CV 03-2866
18 TATUNG CO. OF AMERICA,                  CBM (JTLx), CV 03-2884 CBM (JTLx),
   TATUNG COMPANY AND                      CV 03-2885 CBM (JTLx) and CV 03-2886
19 CHUNGHWA PICTURE TUBES, LTD.,           CBM (JTLx) for discovery and claim
                                           construction]
20              Defendants.
                                           JOINT STIPULATION RE: EXPERT
21 AND CONSOLIDATED CASES                  DISCOVERY AND CASE SCHEDULE
22 CHUNGHWA PICTURE TUBES, LTD.,
                                           HEARING DATE: None
23         Counterclaimant and
           Third-Party Plaintiff,          JUDGE: The Hon. Consuelo B. Marshall
24         vs.
   LG. PHILIPS LCD CO., LTD.,
25         Counterdefendant,
26 AND LG ELECTRONICS, INC.,
27         Third-Party Defendant.
28

HOWREY LLP

Priority _____
Send      ✓
Enter     _____
Closed    _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

FILED
CLERK, U.S. DISTRICT COURT
AUG 12 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

DOCKETED ON CM
AUG 15 2005
BY _____ 001

568

Case 1:05-mc-00426-JDB   Document 2-2   Filed 11/02/2005   Page 14 of 48
Case 2:02-cv-06775-CBM-JTL   Document 568   Filed 08/12/2005   Page 2 of 7
AUG-03-2005  14:57        MORGAN, LEWIS & BOCKIUS LLP        213 612 2501   P.03/06

1 | ANDREA SHERIDAN ORDIN (CA SBN 38235)
  | aordin@morganlewis.com
2 | DAVID L. SCHRADER (CA SBN 149638)
  | dschrader@morganlewis.com
3 | MORGAN, LEWIS & BOCKIUS LLP
  | 300 South Grand Avenue
4 | Twenty-Second Floor
  | Los Angeles, California  90071-3132
5 | Tel:  (213) 612-2500
  | Fax:  (213) 612-2501
6 |
  | ANN A. BYUN (CA SBN 161593)
7 | abyun@morganlewis.com
  | MORGAN, LEWIS & BOCKIUS LLP
8 | 1701 Market Street
  | Philadelphia, Pennsylvania  19103
9 | Tel:  (215) 963-5000
  | Fax:  (215) 963-5299
10 |
   | ANTHONY C. ROTH (admitted *pro hac vice*)
11 | aroth@morganlewis.com
   | NATHAN W. McCUTCHEON (admitted *pro hac vice*)
12 | nmccutcheon@morganlewis.com
   | MORGAN, LEWIS & BOCKIUS LLP
13 | 111 Pennsylvania Avenue, N.W.
   | Washington, D.C.  20004
14 | Tel:  (202) 739-3000
   | Fax:  (202) 739-3001
15 |
16 | Attorneys for Plaintiff and Counterclaim Defendant
   | LG. PHILIPS LCD CO., LTD. and Third-Party Defendant
17 | LG ELECTRONICS, INC.

18 | FRANK E. MERIDETH, JR. (SBN 46266)
   | meridethf@gtlaw.com
19 | MARK KRIETZMAN (SBN 126806)
   | krietzmanm@gtlaw.com
20 | VALERIE W. HO (SBN 200505)
   | hov@gtlaw.com
21 | GREENBERG TRAURIG, LLP
   | 2450 Colorado Avenue, Suite 400E
22 | Santa Monica, California  90404
   | Tel:  (310) 586-7700
23 | Fax:  (310) 586-7800

24 | Attorneys for Defendants,
   | TATUNG COMPANY OF AMERICA and
25 | TATUNG COMPANY

26
27
28

Case 1:05-mc-00426-JDB    Document 2-2    Filed 11/02/2005    Page 15 of 48
Case 2:02-cv-06775-CBM-JTL    Document 568    Filed 08/12/2005    Page 3 of 7
AUG-03-2005  14:58    MORGAN,LEWIS.&BOCKIUS LLP    213 612 2501    P.04/06

1    By and through their counsel of record, plaintiff LG. Philips LCD Co., Ltd.,

2  Defendants Chunghwa Picture Tubes, Ltd., Envision Peripherals, Inc., Jean Company,

3  Ltd., Lite-On Technology Corporation, Lite-On Technology International Corporation,

4  TPV Technology, Ltd., Tatung Company of America, Tatung Company, Viewsonic

5  Corporation, and third party defendant LG Electronics, Inc. (collectively the "Parties")

6  hereby agree and stipulate with regard to expert discovery as follows:

7        1.    No notes, drafts, or other types of preliminary work by or for experts will

8  be the subject of discovery or inquiry at trial (this will include any notes, drafts, or other

9  types of preliminary work that has been produced but not has not relied on or submitted

10  to the Court).

11       2.    No pre-testimony communications between counsel and experts will be the

12  subject of discovery or inquiry at trial.

13       3.    No pre-testimony communications between experts and parties or third-

14  parties will be the subject of discovery or inquiry at trial.

15       4.    Paragraphs 1, 2, and 3 will not apply to any communications or documents

16  on which experts intend to rely.  Such communications or documents shall be subject to

17  discovery and inquiry at trial.

18       5.    The Parties are not required to include expert demonstratives with the

19  expert reports but will exchange expert demonstratives on the date set for the exchange

20  of other demonstratives for trial (or for any other hearing as appropriate).

21       6.    The parties agree to modify the case schedule as follows:

22            a.    opening expert reports shall be served on September 23, 2005;

23            b.    rebuttal expert reports shall be served on October 14, 2005;

24            c.    the last day to meet and confer on dispositive motions shall be

25                  October 25, 2005;

26            d.    the close of expert discovery shall be October 28, 2005;

27            e.    dispositive motions shall be filed and served on or before November

28                  14, 2005;

HOWREY LLP

Case 1:05-mc-00426-JDB     Document 2-2     Filed 11/02/2005     Page 16 of 48
Case 2:02-cv-06775-CBM-JTL     Document 568     Filed 08/12/2005     Page 4 of 7
AUG-03-2005  14:58     MORGAN,LEWIS,&BOCKIUS LLP     3 612 2501     P.05/06

1      f.   oppositions to dispositive motions shall be filed and served on or

2          before December 2, 2005;

3      g.   replies to oppositions to dispositive motions shall be filed and served

4          on or before December 12, 2005;

5      h.   the hearing on dispositive motions, which was originally set by the

6          Court for November 14, 2005, shall be moved to December 19, 2005

7          or such other date as is set by the Court;

8      i.   the pre-trial conference, which was originally set by the Court for

9          January 30, 2006, shall be moved to February 6, 2005, or such other

10         date as is set by the Court; and

11      j.   trial shall commence on February 28, 2006.

12     7.   The dates set forth in paragraphs 6(a), (b) and (d) above shall not apply to

13  expert reports regarding damages issues. The parties have agreed that damages issues

14  can be addressed on a later schedule following the resolution of the parties' damages

15  discovery disputes. The dates for expert reports regarding damages issues will be

16  determined separately by stipulation.

17     Based on the agreement of the undersigned counsel for the Parties, IT IS SO

18  STIPULATED.

19

20

21  DATED: August 12, 2005     By: _____

22                   CONSUELO B. MARSHALL

23                   UNITED STATES DISTRICT JUDGE

24

25

26

27

28

HOWREY LLP

Case 1:05-mc-00426-JDB    Document 2-2    Filed 11/02/2005    Page 17 of 48
Case 2:02-cv-06775-CBM-JTL    Document 568    Filed 08/12/2005    Page 5 of 7
AUG-03-2005  14:58    MORGAN, LEWIS &BOCKIUS LLP    B 612 2501    P.06/06

1  DATED: August 5, 2005          HOWREY LLP

2                                 By: _____

3                                      Christopher A. Mathews   TERESA M. CRAN
                                   Attorneys for Defendant, Counterclaimant
4                                  and Third-Party Plaintiff CHUNGHWA
                                   PICTURE TUBES, LTD., JEAN COMPANY,
5                                  LTD., VIEWSONIC CORPORATION, TPV
6                                  TECHNOLOGY, LTD., ENVISION
                                   PERIPHERALS, INC., LITE-ON
7                                  TECHNOLOGY CORPORATION, LITE-ON
8                                  TECHNOLOGY INTERNATIONAL
9                                  CORPORATION.

10 DATED: August 3, 2005          MORGAN, LEWIS & BOCKIUS, LLP

11

12                                By: _____

13                                      David L. Schrader
14                                 Attorneys for Plaintiff and Counterclaim
                                   Defendant LG. PHILIPS LCD CO., LTD. and
15                                 Third-Party Defendant LG ELECTRONICS, INC.

16

17 DATED: August ___, 2005        GREENBERG TRAURIG, LLP

18

19                                By: _____

20                                      Mark H. Krietzman
                                   Attorneys For Defendants TATUNG COMPANY
21                                 OF AMERICA and TATUNG COMPANY.

22

23

24

25

26

27

28

HOWREY LLP

AUG-03-2005  14:58        MORGAN, LEWIS, &BOCKIUS LLP              213 612 2501    P.06/06

1    DATED: August __, 2005          HOWREY LLP

2

3                                    By: _____
                                          Christopher A. Mathews
4                                    Attorneys for Defendant, Counterclaimant
                                     and Third-Party Plaintiff CHUNGHWA
5                                    PICTURE TUBES, LTD., JEAN COMPANY,
                                     LTD.,VIEWSONIC CORPORATION, TPV
6                                    TECHNOLOGY, LTD., ENVISION
                                     PERIPHERALS, INC., LITE-ON
7                                    TECHNOLOGY CORPORATION, LITE-ON
8                                    TECHNOLOGY INTERNATIONAL
                                     CORPORATION.
9

10   DATED: August 3, 2005           MORGAN, LEWIS & BOCKIUS, LLP

11

12                                   By: _____
13                                        David L. Schrader
14                                   Attorneys for Plaintiff and Counterclaim
                                     Defendant LG. PHILIPS LCD CO., LTD. and
15                                   Third-Party Defendant LG ELECTRONICS, INC.
16

17   DATED: August 5, 2005           GREENBERG TRAURIG, LLP

18

19                                   By _____
20                                        Mark H. Krietzman CHRISTOPHER DARRAW
                                     Attorneys For Defendants TATUNG COMPANY
21                                   OF AMERICA and TATUNG COMPANY.

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2
I, Christiane Shertz, declare as follows:

3
I am employed in the County of Los Angeles, State of California. I am over the age of 18 and
not a party to the within action. My business address is 550 South Hope Street, Suite 1100, Los
4   Angeles, California 90071.

5
On August 5, 2005, I served on the interested parties in said action the within:

6   **JOINT STIPULATION RE: EXPERT DISCOVERY AND CASE SCHEDULE**

7
by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing
such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

8
| | |
|---|---|
| Andrea Sheridan Ordin, Esq. | Mark Krietzman, Esq. |
| David L. Schrader, Esq. | Frank Merideth, Esq. |
| Morgan Lewis & Bockius LLP | Greenberg Traurig |
| 300 South Grand Avenue | 2450 Colorado Avenue |
| Suite 2200 | Suite 400E |
| Los Angeles, CA 90071-3132 | Santa Monica, California 90404 |
| Fax:  (213) 612-2501 | Fax:   (310) 586-7700 |

9

10

11

12

13   ☒   (MAIL) I am readily familiar with this firm's practice of collection and processing
correspondence for mailing. Under that practice it would be deposited with the U.S. postal
14   service on that same day in the ordinary course of business. I am aware that on motion of party
served, service is presumed invalid if postal cancellation date or postage meter date is more
15   than 1 day after date of deposit for mailing in affidavit.

16   ☒   (FACSIMILE) I caused the foregoing document to be served by facsimile transmission to each
interested party at the facsimile machine telephone number shown as stated above.

17
18   I declare under penalty of perjury that I am employed in the office of a member of the bar of
this Court at whose direction the service was made and that the foregoing is true and correct.

19   Executed on August 5, 2005, at Los Angeles, California.

20
21
| Christiane Shertz | | |
|---|---|---|
| (Type or print name) | | (Signature) |

22

23

24

25

26

27

28

**EXHIBIT 6**

1  TERESA M. CORBIN (SBN 132360)
   corbint@howrey.com
2  GLENN W. RHODES (SBN 177869)
   rhodesg@howrey.com
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, CA 94105-2708
   Tel: (415) 848-4900
5  Fax: (415) 848-4999

6  CHRISTOPHER A. MATHEWS (SBN 144021)
   mathewsc@howrey.com
7  SCOTT B. GARNER (SBN 156728)
   garners@howrey.com
8  HOWREY LLP
   550 South Hope Street, Suite 1100
9  Los Angeles, CA 90071-2627
   Tel: (213) 892-1800
10 Fax: (213) 892-2300

11 Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff
   CHUNGHWA PICTURE TUBES, LTD.

12          **IN THE UNITED STATES DISTRICT COURT**

13          **CENTRAL DISTRICT OF CALIFORNIA**

14 LG. PHILIPS LCD CO., LTD.,          | Case No. CV-02-6775 CBM (JTLx)
                                        | Action filed: August 29, 2002
15          Plaintiff,

16     vs.                             | [Consolidated with Case Nos. CV 03-2866
                                        | CBM (JTLx), CV 03-2884 CBM (JTLx),
17 TATUNG CO. OF AMERICA,              | CV 03-2885 CBM (JTLx) and CV 03-2886
   TATUNG COMPANY AND                  | CBM (JTLx) for discovery and claim
   CHUNGHWA PICTURE TUBES, LTD.,       | construction]
18          Defendants.                | [PROPOSED] ORDER GRANTING
19 _____            | CHUNGHWA PICTURE TUBES,
20 AND CONSOLIDATED CASES              | LTD.'S EX PARTE APPLICATION TO
                                        | HAVE FOUR MOTIONS TO COMPEL
21 _____            | ACCEPTED FOR FILING AND SET
   CHUNGHWA PICTURE TUBES, LTD.,       | FOR HEARING ON NOVEMBER 8,
22                                      | 2005 OR FOR SOME DATE AFTER
          Counterclaimant and          | NOVEMBER 8, 2005
23        Third-Party Plaintiff,
     vs.                                | DATE: TBA
24 LG. PHILIPS LCD CO., LTD.,          | TIME: TBA
                                        | CTRM: 927A
25        Counterdefendant,            | Magistrate Judge: Jennifer T. Lum
                                        | Discovery Cutoff: August 5, 2005
26 AND LG ELECTRONICS, INC.,           | Pretrial Conf.: January 30, 2006
                                        | Trial Date: February 28, 2006
27        Third-Party Defendant.

28



HOWREY
LLP

Case No. CV-02-6775 CBM (JTLx)
[PROPOSED] ORDER GRANTING EX PARTE APPLICATION

DM_US\8267600 v1

1    This matter having been brought before the Court on the *Ex Parte* Application of

2  Defendant, Counterclaimant and Third-Party Plaintiff Chunghwa Picture Tubes, Ltd.

3  ("CPT") To Have Four Motions To Compel Accepted for Filing and Set for Hearing on

4  November 8, 2005 or for Some Date after November 8, 2005, and the Court having duly

5  considered the papers and arguments presented by the parties and for good cause shown,

6  hereby ORDERS that CPT's *Ex Parte* Application be GRANTED.  Accordingly, the

7  following four motions shall be accepted for filing, and each shall be set for hearing on

8  November 9, 2005 at 10:30 a.m./p.m.:

9         1.  CPT's Motion To Compel LG. Philips LCD Co., Ltd. To Provide Further

10              Responses to Seventh Set of Interrogatories, Nos. 23 and 24;

11        2.  CPT's Motion To Compel LG. Philips LCD Co., Ltd. To Produce

12             Documents Responsive to First, Second, and Seventh Requests for

13             Production;

14        3.  CPT's Motion To Compel LG Electronics, Inc. To Provide Further

15             Responses to Second and Third Sets of Interrogatories; and

16        4.  CPT's Motion To Compel LG Electronics, Inc. To Produce Documents in

17             Response to Third Set of Requests for Production, Request Nos. 103-105.

18

19  Dated: *October 21*, 2005                    *Jennifer T. Lum*
                                                  Hon. Jennifer T. Lum
20                                                Magistrate Judge

21

22  Respectfully submitted,

23  HOWREY LLP

24

25  By: _____
26       Scott B. Garner
27       Attorneys for Defendant,
         Counterclaimant and Third-Party Plaintiff
         CHUNGHWA PICTURE TUBES, LTD.
28

## PROOF OF SERVICE

STATE OF CALIFORNIA     )    ss.:

COUNTY OF LOS ANGELES    )

       I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 S. Hope Street, Suite 1100, Los Angeles, California 90071.

       On October 20, 2005, I served on the interested parties in said action the within:

       **[PROPOSED] ORDER GRANTING CHUNGHWA PICTURE TUBE LTD.'S EX PARTE APPLICATION TO HAVE FOUR MOTIONS TO COMPEL ACCEPTED FOR FILING AND SET FOR HEARING ON NOVEMBER 8, 2005 OR FOR SOME DATE AFTER NOVEMBER 8, 2005**

       by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

**VIA PERSONAL SERVICE:**

David L. Schrader, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

**VIA OVERNIGHT DELIVERY:**

Mark Krietzman, Esq.
Frank Merideth, Esq.
Greenberg Traurig, LLP
2450 Colorado Ave., Suite 400 E
Santa Monica, CA 90404

[X]     (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by UPS Delivery, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

[X]     (PERSONAL SERVICE) (CCP § 1011). I directed a courier to personally deliver said document(s) to the offices of the people listed above.

       I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

       Executed on October 20, 2005, at Los Angeles, California.

David A. Coplen
(Type or print name)

(Signature)

DM_US\8268775.v1

**EXHIBIT 7**

PATENT
Attorney Docket No.: 043695-5011

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | |
| | ) | |
| Hee Young YUN et al. | ) | |
| | ) | |
| Application No.: 08/888,164 | ) | Janice Howell |
| | ) | Director, Group 2500 |
| Filed: July 3, 1997 | ) | |
| | ) | |
| For:   COMPUTER WITH LIQUID CRYSTAL | ) | |
| DISPLAY | ) | |

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

### STATEMENT OF SONG K. JUNG
### IN SUPPORT OF THE PETITION TO MAKE SPECIAL

Song K. Jung states as follows:

1. I am associated with the law firm of Morgan, Lewis & Bockius LLP, and the attorney

for the Applicants in the above-identified application.  I am a member of the bars of the State of

Maryland and the District of Columbia, and a registered Patent Attorney, Registration No.

35,210.  I make this Statement in support of Applicants' Petition to Make Special in the above-

identified application.

2. The subject matter of the above-identified application relates to a liquid crystal display

device and a portable computer having a liquid crystal display device.

3. There is an infringing device actually on the market.

WA01A/163751.1

MLA 003579

4. A rigid comparison of the infringing product has been made. In my opinion, at least some of the claims in the application are unquestionably infringed.

5. Thorough and careful searches of the prior art were conducted by the Applicants as well as foreign patent offices. The most closely related prior art references uncovered by the searches are attached herewith.

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: _____
Song K. Jung
Reg. No. 35,210

Dated: March 11, 1998

SKJ/CWP

**MORGAN, LEWIS & BOCKIUS LLP**
**1800 M Street, N.W.**
**Washington, D.C. 20036**
**General Number: (202) 467-7000**
**Direct Number: (202) 467-7615**

WA01A/163751.1

MLA 003580

PATENT
ATTORNEY DOCKET NO.: 043695-5011

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) |
| Hee Young YUN et al. | ) |
| Serial No.: 08/888,164 | ) Janice Howell |
| Filed:  July 3, 1997 | ) Director, Group 2500 |
| For:    COMPUTER HAVING LIQUID CRYSTAL DISPLAY | ) |

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

### PETITION TO MAKE SPECIAL UNDER 37 C.F.R. § 1.102(d)

This is a Petition to Make Special the above-identified patent application.  The grounds and conditions for granting this application special status are found in M.P.E.P. § 708.02, II "INFRINGEMENT."

As provided in M.P.E.P. § 708.02, II, Applicants agree to the special examination procedure detailed therein.  In support of this Petition, Applicants submit:

(a)  The Statement of Song K. Jung, attorney registered to practice before the Patent and Trademark Office, in support of this Petition to Make Special, referring to an actual infringement by a product on the market, and thorough and careful searches which were made in connection with the invention;

(b)  A check for $130.00 to cover the fee required by 37 C.F.R. § 1.17(i); and

\\A01A/163689.1

MLA 003581

ATTORNEY DOCKET NO.: 043695-5011
Serial No.: 08/888,164
Page 2

(c) An Information Disclosure Statement and one copy of each of the relevant references found upon the searches, including a search conducted by the German Patent Office in the corresponding German patent application, which were made in connection with the invention. Also, Applicants have already submitted an Information Disclosure Statement on January 29, 1998, including eight references found through a search by the UK Patent Office in the corresponding UK patent application.

Accordingly, Applicants request that this Petition to Make Special be granted and the application undergo accelerated examination.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Song K. Jung
Reg. No. 35,210

Dated: March 11, 1998

SKJ/CWP

**MORGAN, LEWIS & BOCKIUS LLP**
**1800 M Street, N.W.**
**Washington, D.C. 20036**
**General: (202) 467-7000**
**Direct: (202) 467-7615**

1-01A/153689.1

MLA 003582

TRANSMISSION REPORT

(MON) MAR 16 1998 08:27

MORGAN, LEWIS - DC

| DOCUMENT # | 3560581—891 |
|---|---|
| TIME STORED | 03. 16 08:25 |
| TIME SENT | 03. 16 08:26 |
| DURATION | 1' 11" |
| DESTINATION | 7033057724 |
| DST. TEL# | 2749#888880000#17033057724# |
| MODE | ECM |
| PAGE(S) | 5PAGE(S) |
| RESULT | OK |
| DEPARTMENT | |

MLA 003583

**EXHIBIT 8**

## CPT'S PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 1 | 7/17/2001 | Si-Song Hwang | None identified. From the files of the Legal Affairs Department. | Patent review (relating to the '816 patent), prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 2 | 6/29/2001 | Yun-Shi Wang | None identified. From the files of the Legal Affairs Department. | Patent review (relating to the '199 patent), prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 3 | 6/27/2001 | Hsuan-Ju Huang | None identified. From the files of the Legal Affairs Department. | Patent review (relating to the '457 patent), prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 4 | Not dated. Prepared in 2002. | Chien-Hung Lu | None identified. From the files of the Legal Affairs Department. | Patent review (relating to the '718 patent), prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 5 | 6/29/2001 | Kuo-Liang Chu | None identified. From the files of the Legal Affairs Department. | Patent review (relating to the '237 patent), prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 6 | Not dated. Prepared in 2002. | Chien-Hung Lu | None identified. From the files of Mr. Chu. | Patent review (relating to the '713 patent), prepared in connection with request for legal advice for litigation purposes on in anticipation of litigation. | Privilege (WP/AC) |
| 7 | 7/17/2001 | Shi-Song Hwang | None identified. From the files of Mr. Chu. | Patent review (relating to the '816 patent), prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |

8081180
December 10, 2004

## PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 8 | 6/29/2001 | Yun-Shih Wang | None identified. From the files of Mr. Chu. | Patent review (relating to the '239 patent) prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 9 | 6/29/2001 | Kuo-Liang Chu | None identified. From the files of Mr. Chu. | Draft patent review (relating to the '237 patent), prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 10 | 6/29/2001 | Hsien-Jin Huang | None identified. From the files of Mr. Chu. | Patent review (relating to the '457 patent), prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 11 | Not dated. | Author not identified. | None identified. From the files of the Legal Affairs Department. | Translation of Korean Patent No. 1998-007247, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP) |
| 12 | Not dated | Author not identified | None identified. From the files of W.K. Chu. | '737 Patent, with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP) |
| 13 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Translation of portion of '737 patent, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. Includes handwritten notes that reflect the mental impressions of the author relating to litigation or in anticipation of litigation. | Privilege (WP) |

2

8081180
December 10, 2004

## PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 14 | Not dated. | Author not identified. | None identified. From the files of the IP Division | '449 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP) |
| 15 | Not dated. | Author not identified. | None identified. From the files of the IP Division | '433 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP) |
| 16 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | EP 030,831 A1 with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP) |
| 17 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | '933 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP) |
| 18 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | '139 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP) |
| 19 | 8/22/2002 | Author not identified. | None identified. From the files of W.K. Chu. | Patent research (relating to the '139 patent), representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP) |

3

## PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 20 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Patent review (relating to the '139 patent), prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 21 | 6/29/2001 | Yun-shi Wang | None identified. From the files of W.K. Chu. | Patent review (relating to the '139 patent), prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 22 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Patent review (relating to the '139 patent), prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 23 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | '237 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 24 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Translation of portion of the '237 patent prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP) |
| 25 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Patent review (relating to the '237 patent), performed per the direction of CPT Legal Affairs Department/ Intellectual Property Division for litigation purposes or in anticipation of litigations. | Privilege (WP/AC) |

8081180
December 10, 2004

## PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 26 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Patent review (relating to the '457 patent), prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 27 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | '457 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice prepared for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 28 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Translation of portion of '457 patent, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP) |
| 29 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Patent review (relating to the '457 patent), prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 30 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | '942 Patent with handwritten notes representing mental impression of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 31 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Translation of a portion of the '942 patent, prepared in connection with request for legal advice for litigation purposes. | Privilege (WP) |

5

PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 32 | Not dated. Prepared after 8/29/2002 | Author not identified | None identified. From the files of W.K. Chu. | Patent review (relating to the '942 patent), prepared in connection with request for legal advice for litigation purposes | Privilege (WP/AC) |
| 33 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Patent review (relating to the '942 patent), prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 34 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | '537 Patent with hand writing representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation | Privilege (WP/AC) |
| 35 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Translation of portion of '537 patent, prepared in connection with request for legal advice for litigation purposes. | Privilege (WP) |
| 36 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Patent review (relating to the '537 patent) prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation | Privilege (WP/AC) |
| 37 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Patent review (relating to the '139, and '237 patents), prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 38 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Patent review (relating to the '139, '237 and '537 patents) prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |

6

PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 39 | 6/29/2001 | Kuo-Liang Chu | None identified. From the files of W.K. Chu. | Patent review (relating to the '237 patent), prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 40 | 6/27/2001 | Hsuan-Ju Huang | None identified. From the files of W.K. Chu. | Patent review (relating to the '457 patent), prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 41 | Not dated. | Author not identified. | None identified. From the files of W.K. Chu. | Patent search, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 42 | Not dated. | ALDI | None identified. From the files of the DCC. | Advanced Display Inc. ("ADI") communication reflecting joint defense agreement and projected modalities for IP matters. | Privilege (WP/AC) (JPL-AC) / Joint Defense Agreement |
| 43 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | Japanese utility model (JP 2011790) with notes and underlining representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 44 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | Japanese utility model (JP-214/990) with notes and underlining representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |

8081180
December 10, 2004

## PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 45 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | Japanese patent (Tokkai 11-87940) with notes and underlining representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 46 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | Japanese patent (JP 3080594) with notes and underlining representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 47 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | Japanese utility model (JP 2147990) with notes and underlining representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 48 | 6/4/2002 | Wood & Wu (Taiwan IP Firm) | J.C. Lai; Z.F. Huang | Fax coversheet from outside counsel to CPT Legal Affairs Department reflecting request for legal advice of counsel regarding patent dispute with LG/Philips. | Privilege (WP/AC) |
| 49 | 6/4/2002 | Wood & Wu (Taiwan IP Firm) | J.C. Lai; Z. F. Huang | Fax coversheet from outside counsel to CPT Legal Affairs Department reflecting request for legal advice of counsel regarding patent dispute with LG/Philips. | Privilege (WP/AC) |

8

8081180
December 10, 2004

# PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 50 | Not dated, but includes documents dated 7/9/2002. | Author not identified. | None identified. From the files of the IP Division. | Collection of patents, notes and information author, prepared in connection with request for legal advice for litigation purposes, or in anticipation of litigation. | Privilege (WP/AC) |
| 51 | 7/23/2002 | Tsong Tai Wan Jia Chi Wu | None identified. From the files of the IP Division. | Patent review (relating to '737, '449, '958, '139, '816, '718, and '433 patents), prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 52 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | '737 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 53 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | '449 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 54 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | '433 Patent with handwritten notes representing mental impression of author, prepared for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 55 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | '139 Patent with handwritten notes representing mental impressions of author, prepared for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |

9

# PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 56 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | '227 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 57 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | '457 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 58 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | '942 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 59 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | '537 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 60 | Not dated. Prepared after 7/30/2002 | Author not identified. | None identified. From the files of the IP Division. | Copy of 7/30/2002 letter with attached overview of IPI patent portfolio, reflecting mental impressions of author in connection with request for legal advice for the purposes of negotiation and/or litigation. | Privilege (WP/AC) |

10

## PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 61 | 11/27/2001 | Meng-Ying Wu | None identified. From the files of the IP Division. | Patent review (relating to '139, '237, '457, '449, '433, '084, and '816 patents), prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 62 | 7/23/2001 | Meng-Ying Wu, Kuo-Liang Chu, Yung-Shih Wang, Hsiao-Tu Huang, Yi-Chi Chang | None identified. From the files of the IP Division. | Patent review (relating to '449, '433, '084, '816, '139, '237, and '457 patents) prepared in connection with request for legal advice in anticipation of litigation. | Privilege (WP/AC) |
| 63 | Not dated. | Author not identified. | None identified. From the files of the IP Division. | '240 Patent with handwritten notes representing mental impressions of author, prepared in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 64 | 6/6/2001 | Chien Hwa Liu | None identified. From the files of M.O. Liu. | Meeting minutes reflecting discussion of patent issues in anticipation of litigation. | Privilege (WP/AC) |
| 65 | 7/10/2002 | Yamaguchi - Keh-ChingLue, Chien Hwa Liu, Shih-Tsung Yang | Yamaguchi - Keh-ChingLue, Chien Hwa Liu, Shih-Tsung Yang | CPT communication with ADI pursuant to joint defense agreement, reflecting discussion regarding IP issue in anticipation of potential litigation. | Privilege (WP/AC); CPT-ADI Joint Defense Agreement |
| 66 | 5/9/2002 | HD: Yu-Chun-Ying Li | Yamaguchi-ADI | CPT communication with ADI pursuant to joint defense agreement reflecting discussion regarding IP issues in anticipation of litigation | Privilege (WP/AC); CPT-ADI Joint Defense Agreement |

11

8081180
December 10, 2004

## PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 67 | 9/26/2001 | ADI | Chien Hwa Liu | CPT communication with ADI pursuant to joint defense agreement, reflecting discussion regarding IP issue in anticipation of litigation. | Privilege (WP/AC); CPT-ADI Joint Defense Agreement |
| 68 | 8/16/2000 | C.H. Liu | Hsiang-Kuei Chung Adachi Tsuchiya | CPT communication with ADI pursuant to joint defense agreement, reflecting discussion regarding IP issue in anticipation of litigation. | Privilege (WP/AC); CPT-ADI Joint Defense Agreement |
| 69 | 8/15/2002 | Tsong Tai Wan, Wen Kuo Chu | CPT legal affairs | Memorandum from CPT Legal Affairs Department/Intellectual Property Division re patent search reflecting information gathered in anticipation of litigation and for purposes of seeking legal advice of counsel. | Privilege (WP/AC) |
| 70 | 8/13/2002 | Meng Ying Wan, Wen Kuo Chu | S.W. Chen | Memorandum from CPT Legal Affairs Department/Intellectual Property Division re patent application | Privilege (WP/AC) |
| 71 | 8/2/2002 | Wen Kuo Chu | CPT Legal Affairs Department | Memorandum from CPT Legal Affairs Department/ Intellectual Property Division reflecting review of Japanese patents. | Privilege (WP/AC) |
| 72 | 8/7/2002 | Tsong Tai Wan, Wen Kuo Chu | CPT Legal Affairs Department | Memorandum reflecting meeting of IP group regarding patent issues | Privilege (WP/AC) |

12

8081180
December 10, 2004

PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 73 | 9/7/1999 | Adachi | B (Promotion, Quality Assurance, and Production) and GR (Panel Development, Design, Module Tech., Process Tech, Test Tech.) | CPT communication with ADI pursuant to joint defense agreement, reflecting discussion regarding IP issues in anticipation of potential litigation. | Privilege (WP/AC); CPT-ADI Joint Defense Agreement |
| 74 | 4/29/1999 | Ming Hwa Yeh, Ze Fong Chang, Yi Wen Shan | CPT Manager, Special Assistant Liu | CPT communication with ADI pursuant to joint defense agreement, reflecting discussion regarding IP issues in anticipation of potential litigation. | Privilege (WP/AC); CPT-ADI Joint Defense Agreement |
| 75 | Not dated. | Author not identified. | None listed | CPT communication with ADI pursuant to joint defense agreement, reflecting discussion regarding IP issues in anticipation of potential litigation. | Privilege (WP/AC); CPT-ADI Joint Defense Agreement |
| 76 | Not dated. | Author not identified | None listed | Handwritten notes prepared for the purpose of seeking legal advice of counsel and reflecting request for legal counsel's review for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 77 | 7/5/2002, attachment dated 12/1999 | Wen Ko Chu | Chien Hwa Liu | Memorandum prepared in anticipation of litigation and reflecting procedures and strategies of IP Division regarding IP issues. | Privilege (WP/AC) |
| 78 | 8/10/2002, attachment dated 12/1999 | Wen Ko Chu | Chien Hwa Liu | Memorandum prepared in anticipation of litigation and reflecting procedures and strategies of IP Division regarding IP issues. | Privilege (WP/AC) |

13

8081180
December 10, 2004

PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 79 | 4/13/2002 | Wen Ko Chu | CPT Legal Affairs Department | Memorandum prepared in anticipation of litigation and reflecting procedures and strategies of IP Division regarding IP issues. | Privilege (WP/AC) |
| 80 | Not dated. | Chia-Chuan Pu | None identified. From the files of Chia-Chuan Pu. | Schedule reflecting meeting to patent applications and infringement issues. | Privilege (WP/AC) |
| 81 | Not dated. | Author not identified. | None identified. | Excerpt from Japanese patent Tokko 3-14354 with handwriting and underlining, reflecting mental impressions of author in connection with request for legal advice for litigation purposes or in anticipation of litigation. | Privilege (WP/AC) |
| 82 | 12/20/2000 | ADI | CPT | Meeting papers from meeting between ADI and CPT pursuant to joint defense agreement prepared in anticipation of potential litigation. | Privilege (WP/AC); CPT-ADI Joint Defense Agreement |
| 83 | 5/21/1999 | Hitoshi Horiuchi | Keh-Ching Liu CPT V.P. Chung CPT President Liu | CPT communication with ADI pursuant to joint defense agreement, prepared in anticipation of potential litigation. | Privilege (WP/AC); CPT-ADI Joint Defense Agreement |
| 84 | 4/23/1999 | Hitoshi Horiuchi | Wong Liu | CPT communication prepared in anticipation of litigation with ADI pursuant to joint defense agreement, reflecting IP issues and discussion thereof prepared in anticipation of potential litigation. | Privilege (WP/AC); CPT-ADI Joint Defense Agreement |
| 85 | 6/19/2002 | Z.F. Huang | Brian Lee and VP Liu | Memorandum from CPT Legal Affairs Department/Intellectual Property Division, prepared in anticipation of litigation. | Privilege (WP/AC) |

14

## PRIVILEGE LOG

| Withheld Document Number | Dates of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 86 | 8/8/2001 | Y.M. Lee | Mr. Liu | Draft agreement for ADL, prepared by CPT Legal Affairs Department/ Intellectual Property Division in anticipation of potential litigation. | Privilege (WP/AC) |
| 87 | 5/20/2002 | CPT Legal Affairs L.H. Lin | J.C. Lai | Collection of draft agreement and notes, prepared in anticipation of litigation. | Privilege (WP/AC) |
| 88 | Not dated. | H.K. Chung | J.C. Lai | CPT Legal Affairs Department/ Intellectual Property Division redacted handwritten note in anticipation of litigation. | Privilege (WP/AC) |
| 89 | Not dated. | Author not identified. | J.C. Lai | CPT Legal Affairs Department/ Intellectual Property Division redacted handwritten note in anticipation of litigation. | Privilege (WP/AC) |
| 90 | Not dated. | H.K. Chung | J.C. Lai | CPT Legal Affairs Department/ Intellectual Property Division redacted handwritten note in anticipation of litigation. | Privilege (WP/AC) |
| 91 | Not dated. | Author not identified. | J.C. Lai | CPT Legal Affairs Department/ Intellectual Property Division redacted handwritten note in anticipation of litigation. | Privilege (WP/AC) |
| 92 | Not dated. | Author not identified | J.C. Lai | CPT Legal Affairs Department/ Intellectual Property Division redacted handwritten note in anticipation of litigation. | Privilege (WP/AC) |

15

PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 93 | Not dated. | H.K. Chung | J.C. Lai | CPT Legal Affairs Department/ Intellectual Property Division redacted handwritten note in anticipation of litigation. | Privilege (WP/AC) |
| 94 | Not dated. | Liu Shi Song | T.H. Huang and S.W. Lin | CPT Legal Affairs Department/ Intellectual Property Division redacted handwritten note in anticipation of litigation. | Privilege (WP/AC) |
| 95 | Not dated. | H.K. Chung | J.C. Lai | CPT Legal Affairs Department/ Intellectual Property Division redacted handwritten note in anticipation of litigation. | Privilege (WP/AC) |
| 96 | Not dated. | H.K. Chung | H.C. Lai and W.K. Chin | CPT Legal Affairs Department/ Intellectual Property Division redacted handwritten note in anticipation of litigation. | Privilege (WP/AC) |
| 97 | Not dated. | H.K. Chung | J.C. Lai | CPT Legal Affairs Department/ Intellectual Property Division redacted handwritten note in anticipation of litigation. | Privilege (WP/AC) |
| 98 | Not dated. | Cheng Yuan Lin | J.C. Lai | CPT Legal Affairs Department/ Intellectual Property Division redacted handwritten note in anticipation of litigation. | Privilege (WP/AC) |
| 99 | Not dated. | Author not identified. | J.C. Lai | CPT Legal Affairs Department/ Intellectual Property Division redacted handwritten note prepared for litigation purposes | Privilege (WP/AC) |

16

8081180
December 10, 2004

# PRIVILEGE LOG

| Withheld Document Number | Date of Document | Author | Recipient(s) | Document Description | Privilege Claimed |
|---|---|---|---|---|---|
| 100 | Not dated | Author not identified | Not identified. | Redacted note re: work prepared in connection with request for legal advice for litigation purposes. | Privilege (WP/AC) |
| 101 | 8/2/2001 | Chien Hwa Liu | Not identified. | Redacted notes reflecting request to Taiwanese counsel (not identified by name) for information, in anticipation of potential litigation. | Privilege (WP/AC) |
| 102 | 7/26/2001 | Chien Hwa Liu | Not identified. | Redacted minutes of meeting reflecting request to Taiwanese counsel (not identified by name) for information, in anticipation of potential litigation. | Privilege (WP/AC) |
| 103 | 4/18/2002 | Patent Firm in Japan | None | Portion of communication from Japanese Patent counsel regarding an unidentified thin film transistor process. | Privilege (WP/AC) |
| 104 | 4/18/2002 | Patent Firm in Japan | None | Portion of communication from Japanese Patent counsel regarding an unidentified thin film transistor process. | Privilege (WP/AC) |

17

## CPT PRIVILEGE LOG

| Beg. Control # | Ending Control # | Dated | Author | Recipient | Description | Claimed privilege |
|---|---|---|---|---|---|---|
| 1 | 1 | 2/12/04 | Christopher Mathews, Esq. | HSAW | HSAW coversheet (for document production) | Privilege (WP) |
| 2 | 2 | 2/12/04 | Christopher Mathews, Esq. | HSAW | HSAW coversheet (for document production) | Privilege (WP) |
| 3 | 3 | 2/12/04 | Christopher Mathews, Esq. | HSAW | HSAW Index | Privilege (WP) |
| 4 | 4 | 2/12/04 | Christopher Mathews, Esq. | HSAW | HSAW coversheet (for document production) | Privilege (WP) |
| 5 | 5 | 2/12/04 | Christopher Mathews, Esq. | HSAW | HSAW coversheet (for document production) | |
| 6 | 6 | 1/2/97 | Robert Frame | Jim Thompson, Esq. | Email communication with handwritten notes re patent prosecution | Privilege (AC) |
| 7 | 7 | 1/2/97 | Robert Frame | Jim Thompson, Esq. | Email communication with handwritten notes re patent prosecution | Privilege (AC) |
| 8 | 8 | 1/2/97 | Robert Frame; Jim Thompson, Esq. | Jim Thompson, Esq.; Robert Frame | Email communications re patent prosecution | Privilege (AC) |
| 9 | 9 | 1/2/97 | J. Grant Houston | Robert Frame, Jim Thompson, Esq. | Record re patent prosecution | Privilege (AC/WP) |
| 10 | 10 | 1/2/97 | J. Grant Houston | Robert Frame, Jim Thompson, Esq. | Letter re patent prosecution | Privilege (AC/WP) |
| 11 | 11 | 2/4/97 | Jim Thompson, Esq. | J. Grant Houston | Email re patent prosecution | Privilege (AC/WP) |
| 12 | 12 | 2/12/97 | J. Grant Houston | Michele Bovio, Jim Thompson, Esq.; James M. Smith, Esq. | Letter re patent prosecution with attachment of draft prosecution document | Privilege (AC/WP) |
| 13 | 13 | 2/23/04 | Christopher Mathews, Esq.; Robert Frame | Robert Frame; Christopher Mathews, Esq. | Email communications relating to draft declaration with attachment of draft declaration | Privilege (AC/WP) |
| 14 | 14 | 2/24/04 | Christopher Mathews, Esq.; Robert Frame | Robert Frame; Christopher Mathews, Esq. | Email communications relating to draft declaration | Privileged (AC/WP) |
| 15 | 15 | 2/24/04 | Christopher Mathews, Esq.; Robert Frame | Robert Frame; Christopher Mathews, Esq. | Email communications relating to draft declaration with attachment of draft declaration | Privileged (AC/WP) |