UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD.,<br><br>        Plaintiff,<br><br>vs.<br><br>TATUNG CO. OF AMERICA,<br>TATUNG COMPANY AND<br>CHUNGHWA PICTURE TUBES, LTD.,<br><br>        Defendants.<br><br>AND CONSOLIDATED CASES<br><br>CHUNGHWA PICTURE TUBES, LTD.<br><br>        Counterclaimant,<br><br>vs.<br><br>LG. PHILIPS LCD CO., LTD. AND<br>LG ELECTRONICS, INC.,<br><br>        Counterdefendant. | DC No. 1:05MC00426 (JDB)<br><br><br>Case No. CV-02-6775 CBM (JTLx)<br>Action filed: August 29, 2002<br><br>[Consolidated with Case Nos. CV 03-2866 CBM (JTLx), CV 03-2884 CBM (JTLx), CV 03-2885 CBM (JTLx) and CV 03-2886 CBM (JTLx) for discovery and claim construction] (Central District of California)<br><br><br>Hearing requested |

**DECLARATION OF JULIE S. GABLER IN SUPPORT OF CHUNGHWA PICTURE TUBES, LTD.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS OR SUPPLEMENTAL PRIVILEGE LOG FROM THIRD PARTY MCKENNA LONG & ALDRIDGE LLP, OR FOR *IN CAMERA* INSPECTION**

I, Julie S. Gabler, declare:

1. I am an attorney at law duly licensed to practice in the State of California. I am a partner with the law firm of Howrey LLP, counsel of record for Defendant, Counterclaimant, and Third-Party-Plaintiff Chunghwa Picture Tubes, Ltd. ("CPT") in the above-captioned matter pending in the United States District Court for the Central District of California. I make this declaration in support of CPT's Motion To Compel Production of Documents or Supplemental Privilege Log From Third Party McKenna Long & Aldridge LLP, or for *In Camera* Inspection. I have personal knowledge of the following and, if called upon to testify thereto, I could and would competently do so.

2. Between May 2005 and July 2005, I was involved in numerous discussions with Gaspare Bono and Shari Klevens of McKenna Long & Aldridge ("McKenna") regarding the subpoena CPT has served on McKenna and the privilege log McKenna had served in response. In addition to the correspondence that is attached as exhibits to the Declaration of Scott B. Garner in Support of CPT's Motion To Compel Production of Documents or Supplemental Privilege Log From Third Party McKenna Long & Aldridge LLP, or for *In Camera* Inspection, I also had numerous substantive telephone conversations with Mr. Bono and Ms. Klevens about the same issues.

3. I have been involved in the underlying Central District of California action since September 2004. Since that time, the only involvement of McKenna of which I am aware was in connection with the privilege log issue that is the subject of this motion, and the deposition of McKenna patent attorney Song Jung. I am aware that several members of the McKenna firm filed pro hac vice applications in the Central District, but beyond that and the aforementioned issues, I have not seen any activity in that case by any McKenna attorney.

I declare under penalty of perjury under the laws of the United States of America, the District of Columbia, and the State of California that the foregoing is true and correct.

Executed this 3rd day of November 2005 at Los Angeles, California.

                                       _/s/ Julie S. Gabler_
                                       Julie S. Gabler

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served via email on the individuals listed below on this the 4th day of November, 2005 as follows:

>Gaspare J. Bono, Esq.
>Shari L. Klevens, Esq.
>McKenna Long & Aldrige LLP
>1900 K Street, NW
>Washington, DC 20006
>Email: gbono@mckennalong.com
>Email: sklevens@mckennalong.com
>
>Mark Krietzman, Esq.
>Frank Merideth, Esq.
>Greenberg Traurig, LLP
>2450 Colorado Avenue
>Suite 400 E.
>Santa Monica, CA 90404
>Email: KrietzmanM@GTLAW.com

And by email and hand delivery upon:

>Anthony C. Roth, Esq.
>Morgan, Lewis & Bockius, LLP
>1111 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004
>Facsimile: (202) 739-3001
>Email: aroth@morganLewis.com

_____
Carly N Kinchman