UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LG. PHILIPS LCD CO., LTD.,

                Plaintiff,

    vs.

TATUNG CO. OF AMERICA,
TATUNG COMPANY AND
CHUNGHWA PICTURE TUBES, LTD.,

                Defendants.

————————————————

AND CONSOLIDATED CASES

————————————————

CHUNGHWA PICTURE TUBES, LTD.

                Counterclaimant,

    vs.

LG. PHILIPS LCD CO., LTD. AND
LG ELECTRONICS, INC.,

                Counterdefendant.

DC No.: 1:05MS00426 (JDB)

California Case No. CV-02-6775 CBM (JTLx)
Action filed: August 29, 2002

[Consolidated with Case Nos. CV 03-2866 CBM
(JTLx), CV 03-2884 CBM (JTLx), CV 03-2885
CBM (JTLx) and CV 03-2886 CBM (JTLx) for
discovery and claim construction] (Central
District of California)

## MOTION TO ADMIT SCOTT B. GARNER IN THIS MATTER *PRO HAC VICE*

    The undersigned respectfully submits this motion, pursuant to rule 83.2(d) of the Local

Rules of this Court, to admit Scott B. Garner to participate in the above-captioned matter *pro hac*

*vice*. The declaration of Mr. Garner in support of this motion is attached.

DATED: November 3, 2005                    Respectfully submitted,


_____
James R. Wagner (D.C. Bar No. 440763)
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 783-0800 (Phone)
(202) 783-6610 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served via email on the individuals listed below on this the 4th day of November, 2005 as follows:

> Gaspare J. Bono, Esq.
> Shari L. Klevens, Esq.
> McKenna Long & Aldrige LLP
> 1900 K Street, NW
> Washington, DC 20006
> Email: gbono@mckennalong.com
> Email: sklevens@mckennalong.com
>
> Mark Krietzman, Esq.
> Frank Merideth, Esq.
> Greenberg Traurig, LLP
> 2450 Colorado Avenue
> Suite 400 E.
> Santa Monica, CA  90404
> Email: KrietzmanM@GTLAW.com

And by email and hand delivery upon:

> Anthony C. Roth, Esq.
> Morgan, Lewis & Bockius, LLP
> 1111 Pennsylvania Avenue, N.W.
> Washington, D.C.  20004
> Facsimile:  (202) 739-3001
> Email:  aroth@morganLewis.com