UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD.,<br><br>        Plaintiff,<br><br>vs.<br><br>TATUNG CO. OF AMERICA,<br>TATUNG COMPANY AND<br>CHUNGHWA PICTURE TUBES, LTD.,<br><br>        Defendants.<br><br>AND CONSOLIDATED CASES<br><br>CHUNGHWA PICTURE TUBES, LTD.<br><br>        Counterclaimant,<br><br>vs.<br><br>LG. PHILIPS LCD CO., LTD. AND<br>LG ELECTRONICS, INC.,<br><br>        Counterdefendant. | DC No.: 1:05MS00426 (JDB)<br><br>California Case No. CV-02-6775 CBM (JTLx)<br>Action filed: August 29, 2002<br><br>[Consolidated with Case Nos. CV 03-2866 CBM (JTLx), CV 03-2884 CBM (JTLx), CV 03-2885 CBM (JTLx) and CV 03-2886 CBM (JTLx) for discovery and claim construction] (Central District of California) |

## DECLARATION OF SCOTT B. GARNER IN SUPPORT OF THE MOTION TO ADMIT SCOTT B. GARNER IN THIS MATTER *PRO HAC VICE*

I, Scott B. Garner, declare:

1.     My name is Scott Brian Garner.

2.     I am a Partner with the law firm of Howrey, LLP, located at 2020 Main Street, Suite 1000, Irvine, California, 92614, phone number (949) 721-6900.

3. I am a member of the bar of the State of California and have been admitted to practice in California state court, the Central, Northern, and Southern Districts of California, the Ninth Circuit, and the U.S. Supreme Court.

4. I certify that I have not been disciplined by any bar or court.

5. I have not been admitted *pro hac vice* to the U.S. District Court for the District of Columbia in the last two years.

6. I am not engaged in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have a pending application for membership in the District of Columbia Bar.

I declare under penalty of perjury under the laws of the United States of America, the District of Columbia, and the State of California that the foregoing is true and correct.

Executed on this 3d day of November 2005 at Irvine, California.

_____
Scott B. Garner

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served via email on the individuals listed below on this the 4th day of November, 2005 as follows:

>Gaspare J. Bono, Esq.
>Shari L. Klevens, Esq.
>McKenna Long & Aldrige LLP
>1900 K Street, NW
>Washington, DC 20006
>Email: gbono@mckennalong.com
>Email: sklevens@mckennalong.com
>
>Mark Krietzman, Esq.
>Frank Merideth, Esq.
>Greenberg Traurig, LLP
>2450 Colorado Avenue
>Suite 400 E.
>Santa Monica, CA 90404
>Email: KrietzmanM@GTLAW.com

And by email and hand delivery upon:

>Anthony C. Roth, Esq.
>Morgan, Lewis & Bockius, LLP
>1111 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004
>Facsimile: (202) 739-3001
>Email: aroth@morganLewis.com

_____
Carly N. Van Orman