UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TATUNG CO. OF AMERICA, et al.,<br><br>　　　Defendants. | Misc. Action No.  05-0426 (JDB) |

### ORDER

Upon consideration of the briefs on the motion by defendant Chunghwa Picture Tubes, Ltd. ("CPT"), to compel production of documents by McKenna Long & Aldridge LLP ("McKenna"), patent counsel to plaintiff LG. Philips LCD Co., Ltd. ("LG"), it is hereby

**ORDERED** that the interested parties to this motion shall appear for a status conference with the Court at 2:30 PM on Thursday, November 10, 2005.  Among the matters that the parties should be prepared to discuss are (1) whether the November 9, 2005, hearing before the United States District Court for the Central District of California in the underlying litigation, Civil Action No. 02-6775 (C.D. Cal.), addressed any issues relevant to CPT's motion to compel or provided clarification about related deadlines; (2) whether LG has filed or intends to file in the underlying Central District of California case a motion for a protective order related to the document production addressed in CPT's motion to compel, which may affect the action this Court takes

with respect to the motion to compel;[1] and (3) whether CPT has filed or intends to file in the Central District of California case a motion for an extension of time to resolve discovery disputes in the underlying litigation. It is further

**ORDERED** that counsel may make arrangements with the courtroom deputy to participate in the status conference telephonically, if necessary.

                                               /s/ John D. Bates
                                                JOHN D. BATES
                                         United States District Judge

Dated:   November 7, 2005

Copies to:

James R. Wagner
Carly N. Van Orman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004
Email: wagnerj@howrey.com

    *Counsel for movant Chunghwa Picture Tubes, Ltd.*

Shari L. Klevens
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC  20006-1110
Email: sklevens@mckennalong.com

---

[1] See, e.g., In re Sealed Case, 141 F.3d 337, 342 (D.C. Cir. 1998) (noting that a subpoena-issuing court may abstain from resolving a motion to enforce a subpoena when the trial court has before it a motion for a protective order that addresses the same discovery materials); Kearney v. Jandernoa, 172 F.R.D. 381, 383-84 (N.D. Ill. 1997) (staying motion to quash a subpoena pending resolution by the trial court of a motion for a protective order under Fed. R. Civ. P. 26(c)).