UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TATUNG CO. OF AMERICA, TATUNG COMPANY AND CHUNGHWA PICTURE TUBES, LTD., <br><br> Defendants. <br><br>――――――――――――――― <br><br> AND CONSOLIDATED CASES <br><br>――――――――――――――― <br><br> CHUNGHWA PICTURE TUBES, LTD. <br><br> Counterclaimant, <br><br> vs. <br><br> LG. PHILIPS LCD CO., LTD. AND LG ELECTRONICS, INC., <br><br> Counterdefendant. | <u>DC No.: 1:05MS00426 (JDB)</u> <br><br> California Case No. CV-02-6775 CBM (JTLx) <br> Action filed: August 29, 2002 <br><br> [Consolidated with Case Nos. CV 03-2866 CBM (JTLx), CV 03-2884 CBM (JTLx), CV 03-2885 CBM (JTLx) and CV 03-2886 CBM (JTLx) for discovery and claim construction] (Central District of California) |

### MOTION TO ADMIT CARLY N. VAN ORMAN IN THIS MATTER *PRO HAC VICE*

The undersigned respectfully submits this motion, pursuant to rule 83.2(d) of the Local Rules of this Court, to admit Carly N. Van Orman to participate in the above-captioned matter *pro hac vice*. The declaration of Ms. Van Orman in support of this motion is attached.

DATED: November 7, 2005            Respectfully submitted,

_____
James R. Wagner (D.C. Bar No. 440763)
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 783-0800 (Phone)
(202) 783-6610 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by email on the individuals listed below on this the 7th day of November, 2005 as follows:

Gaspare J. Bono, Esq.
Shari L. Klevens, Esq.
McKenna Long & Aldrige LLP
1900 K Street, NW
Washington, DC 20006
Facsimile: (202) 496-7756
Email: gbono@mckennalong.com
Email: sklevens@mckennalong.com


Anthony C. Roth, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Facsimile: (202) 739-3001
Email: aroth@morganLewis.com


Mark Krietzman, Esq.
Frank Merideth, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400 E.
Santa Monica, CA 90404
Email: KrietzmanM@gtlaw.com

_____
Carly N. Van Orman