UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD.,<br><br>        Plaintiff,<br><br>vs.<br><br>TATUNG CO. OF AMERICA,<br>TATUNG COMPANY AND<br>CHUNGHWA PICTURE TUBES, LTD.,<br><br>        Defendants.<br><br>AND CONSOLIDATED CASES<br><br>CHUNGHWA PICTURE TUBES, LTD.<br><br>        Counterclaimant,<br><br>vs.<br><br>LG. PHILIPS LCD CO., LTD. AND<br>LG ELECTRONICS, INC.,<br><br>        Counterdefendant. | <u>DC No.: 1:05MS00426 (JDB)</u><br><br>California Case No. CV-02-6775 CBM (JTLx)<br>Action filed: August 29, 2002<br><br>[Consolidated with Case Nos. CV 03-2866 CBM (JTLx), CV 03-2884 CBM (JTLx), CV 03-2885 CBM (JTLx) and CV 03-2886 CBM (JTLx) for discovery and claim construction] (Central District of California) |

## DECLARATION OF CARLY N. VAN ORMAN IN SUPPORT OF THE MOTION TO ADMIT CARLY N. VAN ORMAN IN THIS MATTER *PRO HAC VICE*

I, Carly N. Van Orman, declare:

1. My name is Carly Nicole Van Orman.

2. I am an attorney with the law firm of Howrey, LLP, located at 1299 Pennsylvania Avenue, NW, Washington, District of Columbia, 20004, phone number (202) 383-6610.

3. I am a member of the bars of the District of Columbia and the State of California and have been admitted to practice in the District of Columbia Court of Appeals and the U.S. District Court for the Eastern District of Virginia.

4. I certify that I have not been disciplined by any bar or court.

5. I have not been admitted *pro hac vice* to the U.S. District Court for the District of Columbia in the last two years.

6. I am engaged in the practice of law from an office located in the District of Columbia, and have a pending application for membership in the District of Columbia Bar.

I declare under penalty of perjury under the laws of the United States of America and the District of Columbia that the foregoing is true and correct.

Executed on this 7th day of November 2005 at Washington, District of Columbia.

_____
Carly N. Van Orman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by email on the individuals listed below on this the 7th day of November, 2005 as follows:

Gaspare J. Bono, Esq.
Shari L. Klevens, Esq.
McKenna Long & Aldrige LLP
1900 K Street, NW
Washington, DC 20006
Facsimile: (202) 496-7756
Email: gbono@mckennalong.com
Email: sklevens@mckennalong.com


Anthony C. Roth, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Facsimile: (202) 739-3001
Email: aroth@morganLewis.com


Mark Krietzman, Esq.
Frank Merideth, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400 E.
Santa Monica, CA 90404
Email: KrietzmanM@gtlaw.com


_____
Carly N. Van Orman